

SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

2023 APR 17 AM 10: 40

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:23CR86 |
| vs. | INDICTMENT |
| DAVID LEIDERMANN, | 18 U.S.C. § 2 |
| JAMES REJA, | 18 U.S.C. § 982(a)(1) & (b)(1) |
| ERIC THIBODO, | 18 U.S.C. § 1956(a)(1)(B)(i)-(ii) |
| EVAN BOWEN, and | 21 U.S.C. §§ 841(a)(1) & (b)(1) |
| DAVID KYLE BOESE, | 21 U.S.C. § 846 |
| | 21 U.S.C. § 853(a)(1) & (a)(2) |
| Defendants. | 21 U.S.C. § 853(p) |
| | 28 U.S.C. § 2461(c) |

The Grand Jury charges that:

## COUNT I

From an unknown date but at least as early as January 1, 2000, and continuing to August 31, 2021, in the District of Nebraska and elsewhere, the defendants DAVID LEIDERMANN, JAMES REJA, ERIC THIBODO, EVAN BOWEN, and DAVID KYLE BOESE, knowingly and intentionally combined, conspired, confederated and agreed with each other, and with other persons known and unknown to the Grand Jury, to commit the following offense against the United States: to distribute and possess with intent to distribute 1000 kilograms or more of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, and a mixture, compound and preparation containing tetrahydrocannabinol ("THC"), its salts, isomers, and salts of isomers, contained in distillate a/k/a hashish oil and contained in "wax" a/k/a "shatter," a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1).

In violation of Title 21, United States Code, Section 846.

1

## COUNT II

From an unknown date but at least as early as August 1, 2014, and continuing to August 31, 2021, in the District of Nebraska and elsewhere, the defendants DAVID LEIDERMANN, JAMES REJA, ERIC THIBODO, EVAN BOWEN, and DAVID KYLE BOESE, did knowingly conduct, attempt to conduct, and cause to be conducted, financial transactions affecting interstate commerce which involved the proceeds of a specified unlawful activity, that is: Distribution and Conspiracy to Distribute and Possess with Intent to Distribute Marijuana and THC, its salts, isomers, and salts of isomers, in violation of Title 21, United States Code, Sections 841 and 846, knowing that the transactions were designed in whole and in part to conceal and disguise the nature, location and source of the proceeds of said specified unlawful activity, and that while conducting and attempting to conduct such financial transaction knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity.

In violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

## COUNT III

From an unknown date but at least as early as August 1, 2014, and continuing to August 31, 2021, in the District of Nebraska and elsewhere, the defendants DAVID LEIDERMANN, JAMES REJA, ERIC THIBODO, EVAN BOWEN, and DAVID KYLE BOESE, together and with others known and unknown to the Grand Jury, knowingly combined, conspired, and confederated and agreed among themselves and each other to commit the following offense against the United States in violation of Title 18, United States Code, Section 1956 as follows: to conduct and attempt to conduct a financial transaction affecting interstate commerce, which transaction involved the proceeds of specified unlawful activities, that is: Distribution and Conspiracy to Distribute and Possess with Intent to Distribute Marijuana and THC, its salts, isomers, and salts of isomers, in violation of Title 21, United States Code, Sections 841 and 846,

2

(1) knowing the transaction was designed in whole or in part to conceal and disguise the nature, location, source, ownership and control of the proceeds of said specified unlawful activity and (2) knowing the transaction was designed in whole or in part to avoid a transaction reporting requirement under State or Federal law, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i) and 1956(a)(1)(B)(ii).

All in violation of Title 18, United States Code, Section 1956(h), and 2.

A TRUE BILL.


FOREPERSON


The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

THOMAS J. KANGIOR
Assistant U.S. Attorney

3