IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | **8:23CR86** |
| vs. | | |
| DAVID LEIDERMANN, | | **ORDER** |
| Defendant. | | |

On January 3, 2024 the court held a hearing on the oral motion of Peder C. Bartling to withdraw as counsel for the defendant, David Leidermann.  After inquiry of the Defendant and his counsel, the court granted Peder C. Bartling's oral motion to withdraw.  The court further inquired as to Defendant's financial status.  The court found that Defendant was indigent and appointed the Federal Public Defender to represent Defendant.  The court has been informed that the Federal Public Defender has a conflict so, CJA counsel will be appointed.

James K. McGough, 11920 Burt Street, Suite 100, P.O. Box 540186, Omaha, NE 68154, (402) 614-8655, is appointed to represent David Leidermann for the balance of these proceedings pursuant to the Criminal Justice Act. Peder C. Bartling shall forthwith provide James K. McGough any discovery materials provided to the defendant by the government and any such other materials obtained by Peder C. Bartling which are material to David Leidermann's defense.

The clerk shall provide a copy of this order to James K. McGough and the defendant.

**IT IS SO ORDERED.**

Dated this 4th day of January, 2024.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge